444 April 2, 2025 No. 282

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of D. H.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

D. H.,
*Appellant.*

Multnomah County Circuit Court
24CC02084; A184184

Rebecca A. Lease, Judge.

Submitted February 14, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Jona J. Maukonen, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Appellant challenges a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting the purchase or possession of firearms. Her appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

After a series of incidents at her apartment complex, appellant was hospitalized. A civil commitment hearing occurred in April 2024. Based on the evidence and testimony at the hearing, the trial court found that appellant suffered from a mental disorder and was dangerous to others. *See* ORS 426.005(1)(f)(A); ORS 426.130(1)(a)(C). Having reviewed the record, including the trial court file and the transcript of the civil commitment hearing, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).